1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   LONNIE LEE POSLOF,                    1:05-cv-00386-OWW-LJO-P

12              Plaintiff,        **ORDER ADOPTING FINDINGS AND
                                  RECOMMENDATIONS** (Doc. 19)
13   vs.
                                  **ORDER DISMISSING ACTION, WITH
14   MTA KRATZ, et al.,           PREJUDICE, FOR FAILURE TO OBEY
                                  A COURT ORDER AND FAILURE TO
15              Defendants.       STATE ANY CLAIMS UPON WHICH
                                  RELIEF MAY BE GRANTED** (Doc.
16                                15)
                                _____ /
17

18

19

20        Plaintiff Lonnie Lee Poslof ("plaintiff"), a state prisoner

21   proceeding pro se and in forma pauperis, has filed this civil

22   rights action seeking relief under 42 U.S.C. § 1983.  The matter

23   was referred to a United States Magistrate Judge pursuant to 28

24   U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

25        On October 25, 2005, the Magistrate Judge filed a Findings

26   and Recommendations herein which was served on plaintiff and

27   which contained notice to plaintiff that any objections to the

28   Findings and Recommendations were to be filed within twenty (20)

                                    1

1  days.  To date, plaintiff has not filed objections to the

2  Magistrate Judge's Findings and Recommendations.

3       In accordance with the provisions of 28 U.S.C.

4  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

5  de novo review of this case.  Having carefully reviewed the

6  entire file, the Court finds the Findings and Recommendations to

7  be supported by the record and by proper analysis.

8       Accordingly, IT IS HEREBY ORDERED that:

9       1.   The Findings and Recommendations, filed October 25,

10  2005, is ADOPTED IN FULL; and,

11      2.   This action is DISMISSED, with prejudice, for

12  plaintiff's failure to obey the court's order of August 8, 2005,

13  and for failure to state any claims upon which relief may be

14  granted.

15

16  IT IS SO ORDERED.

17  **Dated:    November 29, 2005**              **/s/ Oliver W. Wanger**
    emm0d6                               UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28